Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Prob12B | Page 3 of 3



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

**RE: EPHRAIM FRENKEL**
**Dkt# 10 CR 1207-1 (NSR)**

*Judicial Response*

☑ Court approves the Modification of Conditions:

*"Ephraim Frenkel shall make monthly payments of 10% of his gross monthly income towards the imposed restitution amount."*

or

☐ Other

_____
_____
_____

_____
Honorable Nelson S. Román
U.S. District Judge

Oct. 11, 2019
Date

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

10/11/2019