Ephraim Frenkel    4    58523 - Click here to enter text.
Docket Number:  10 CR 1207 (NSR)



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☒ Court Orders supervision to terminate as scheduled on August 5, 2022

or

U.S. Probation Officer is directed to:

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other:

_____
Honorable Nelson Stephen Román

5/26/2022
Date

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2022
```